Ryan C. Squire, SBN 199473
rsquire@garrett-tully.com
Zi C. Lin, SBN 236989
zlin@garrett-tully.com
GARRETT & TULLY, P.C.
225 S. Lake Avenue, Suite 1400
Pasadena, CA 91101-4869
Telephone: (626) 577-9500
Facsimile: (626) 577-0813

JS - 6

Attorneys for Defendant
First American Title Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY SERVICE FEDERAL CREDIT UNION,<br><br>   Plaintiff,<br><br>   vs.<br><br>FIRST AMERICAN TITLE COMPANY, a California Corporation; RINDLESBACH FAMILY, LLC, a Utah Limited Liability Company,<br><br>   Defendants. | CASE NO. CV10-04824 SJO (VBKX)<br>(Hon. S. James Otero)<br><br>**JUDGMENT ON FIRST AMERICAN'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>[Filed Concurrently with Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities; Request for Judicial Notice; Declarations in support of MSJ; Statement of Uncontroverted Facts and Conclusions of Law; Table of Exhibits]<br><br>Date: November 7, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 1<br><br>Action Filed: June 29, 2010<br>Trial Date:    February 7, 2011 |

# PROPOSED JUDGMENT

After consideration of the papers in support of and in opposition to defendant First American Title Insurance Company's motion for summary judgment or partial summary judgment, this court orders summary judgment in favor of defendant First American Title Insurance Company as follows:

    1. Count 1 of the second amended complaint for "breach of contract" fails as a matter of law.

    2. Count 2 of the second amended complaint for "declaratory relief" fails as a matter of law.

    3. Count 3 of the second amended complaint for "breach of covenant of good faith and fair dealing" fails as a matter of law.

    4. Count 4 of the second amended complaint for "fraudulent concealment – suppression of fact" fails as a matter of law.

    5. Count 5 of the second amended complaint for "intentional misrepresentation" fails as a matter of law.

    6. Count 6 of the second amended complaint for "negligent misrepresentation" fails as a matter of law.

    7. Count 7 of the second amended complaint for "fraudulent inducement" fails as a matter of law.

    8. Plaintiff's claim for punitive damages fails as a matter of law.

    9. Defendant First American Title Insurance Company is awarded its costs of suit incurred in defense of this action.

    10. Judgment is entered in favor of defendant First American Title Insurance Company.

DATED: 1/27/12

*S. James Otero*

HON. S. JAMES OTERO
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 4, 2011.

/s/ Melissa M. Vasquez
Melissa M. Vasquez
Garrett & Tully, APC
225 So. Lake Avenue, Suite 1400
Pasadena, CA 91101
Telephone: (626) 577-9500
Facsimile:   (626) 577-0813
Email: Mvasquez@garrett-tully.com

# MANUAL NOTICE LIST

Mark L. Rindlesbach
Rindlesbach Family LLC
2489 East Haven Lane
Holladay, UT 84117